IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KIRK REDMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv424-MHT |
| | ) | (WO) |
| ECLIPSE MOTORS, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION AND ORDER

Plaintiff Kirk Redman filed this lawsuit asserting that defendant Eclipse Motors intentionally sold him a car with a rolled-back odometer reading. He brings a federal claim under the Federal Odometer Act, 49 U.S.C. §§ 32701-32711, and state-law claims for fraud and suppression, wantonness, negligence, breach of express warranties, and violation of the Alabama Consumer Identity Protection Act, Code of Alabama §§ 13A-8-190 through 13A-8-201. The court has subject-matter jurisdiction over the federal claim under 28 U.S.C. § 1331 (federal-question) and 49 U.S.C. 32710(b)

(Federal Odometer Act) and over the state claims under 28 U.S.C. § 1367 (supplemental).

This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that Redman's amended motion for default judgment be granted as to Counts I, III, V, and VI of the complaint and denied as to Counts II and IV, and that plaintiff's original motion for default judgment be denied as moot. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

The court further notes that, in the recommendation, the magistrate judge finds that Redman failed to plead plausible claims for fraud and suppression (Count II) and negligence (Count IV). Therefore, the court will dismiss these claims with leave to amend the complaint as to these claims within seven days. Should Redman not wish to amend the

2

complaint, these claims will be dismissed with prejudice when final judgment is entered.

***

Accordingly, it is ORDERED that:

(1) The magistrate judge's recommendation (Doc. 18) is adopted.

(2) Plaintiff's amended motion for default judgment (Doc. 17) is granted as to Counts I, III, V, and VI of the complaint.

(3) Plaintiff's amended motion for default judgment (Doc. 17) is denied as to Counts II and IV.

(4) Counts II and IV are dismissed with leave to amend the complaint as to these claims within seven days, if desired.

(5) Plaintiff's motion for default judgment (Doc. 13) is denied as moot.

This case is referred back to the United States Magistrate Judge to hold an evidentiary hearing concerning Redman's damages, costs, and attorney's

3

fees.   The court will enter the default judgment after receiving a recommendation on these matters.

DONE, this the 7th day of May, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

4